# IN THE SUPREME COURT OF THE STATE OF NEVADA

SMOKETREE GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND SMOKETREE, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARY KAY HOLTHUS, DISTRICT JUDGE,
Respondents,
and
CARSON WAYNE NEWTON, AN INDIVIDUAL; KATHLEEN NEWTON, AN INDIVIDUAL; AND WN ARAMUS ARABIANS, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 80793

**FILED**

MAR 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges an oral district court ruling granting a preliminary injunction and allowing real parties in interest to take possession of the personal property over which the parties are disputing ownership.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ

SUPREME COURT
OF
NEVADA

(O) 1947A

20-10080

relief bears the burden of showing such relief is warranted). Nothing in this order precludes petitioner from appealing from any preliminary injunction entered in this case, if appropriate. Accordingly, we

ORDER the petition DENIED.[1]

_____ J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Mary Kay Holthus, District Judge
Wiley Petersen
The Jimmerson Law Firm, P.C
Eighth District Court Clerk

_____

[1]In light of this order, petitioner's emergency motion for stay is denied as moot.